UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

HIMELDA MENDEZ,

                      Plaintiff,                    *Civil Action No.*

      -against-                           **1:19-cv-09023-JPO-JLC**

KASMIN GALLERY INC.,

                      Defendants.

---------------------------------------X

**NOTICE OF SETTLEMENT**

      PLEASE TAKE NOTICE that Plaintiff, HIMELDA MENDEZ and Defendant KASMIN GALLERY INC. hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The documents are almost all fully executed. Accordingly, we respectfully request a 30-day order be issued.

      Dated: December 18, 2019

                                          By:_____
                                              Bradly G. Marks
                                              The Marks Law Firm, PC
                                              175 Varick Street, 3rd Fl,
                                              New York, NY 10014
                                              646 770 3775(Direct)
                                              646 867 2639(Fax)