

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY  10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 914-872-6920
E-MAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

January 17, 2020

**VIA ECF and First Class Mail**
The Honorable J. Paul Oetken
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

       Re: **Himelda Mendez v. Kasmin Gallery, Inc.**
          **Case No. 19-cv-09023 (JPO-JLC)**

Dear Judge Oetken:

  This firm represents Defendant, Kasmin Gallery, Inc., in the above-referenced matter.  We write jointly with Bradly G. Marks, Esq., counsel for Plaintiff, to request that the Court keep this case open for an additional 30 days, to enable the parties to file a proposed consent decree for your Honor's approval.

  Thank you for your consideration of this request.

        Respectfully submitted,

        JACKSON LEWIS P.C.


       By: */s/ Joseph J. DiPalma*
         Joseph J. DiPalma