

# KASMIN



ALMA ALLE

JANUARY 23, 2020 — MARCH 04

NEWS  ‹  ›

Cited in Mendez v Kasmin Gallery Inc
1-19cv09023 Decided 2/7/20

Archived on 2/13/20

This document is protected by copyright.
Further reproduction is prohibited without permission.

# LEE KRASNER



KASMIN

the iconic *Umber* series. On view through May 10, 2020.

**READ MORE**

Cited in Mendez v Kasmin Gallery Inc
1-19cv09023 Decided 2/7/2022
Archived on 2/13/2020
This document is protected by copyright.
Further reproduction is prohibited without permission.

FAIR

ADAA: THE ART SHOW
*Booth A7*

February 27, 2020 - March 1, 2020

Kasmin | Current and Upcoming Exhibitions, Recent Publications, and Latest News



# KASMIN



NEWS

## BOSCO SODI
### *at the Botanical Garden of Oaxaca*
February 10, 2020



Cited in Mendez v Kasmin Gallery Inc
1-19cv09023 Decided 2/7/20
Archived on 2/13/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

NEWS

## BOSCO SODI
### *New Work at Casa Wabi*
January 29, 2020

Kasmin | Current and Upcoming Exhibitions, Recent Publications, and Latest News



NEWS

## STUART DAVIS AND ELIE NADELMAN FEATURED IN
*Edith Halpert and the Rise of American Art*



NEWS

## MARK RYDEN "SUPER SPIRIT ANIMALS"

Credo: Mendez v. Kasmin Gallery Inc
1:19-cv-09023 Decided 2/7/20
Archived on 2/13/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



# KASMIN



NEWS

## *Announcing Representation of Alma Allen*

*October 29, 2019*



NEWS

## *Announcing US Representation of Ali Banisadr*

*September 4, 2019*

Cited in Mendez v. Kasmin Gallery Inc.
1:19cv09023 Decided 2/7/20
Archived on 2/13/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



# KASMIN



NEWS

## NEWS

## WALTON FORD ON PBS

*Interview with Ford on "Brief but Spectacular"*

August 20, 2019



## NEWS

## A NEW DOCUMENTARY

*Architect Tadao Ando on the Construction of Bosco Sodi's Fundación Casa Wabi*

August 5, 2019



Cited in Mendez v. Kasmin Gallery Inc
1:19cv09923. Decided 2/7/20
Archived on 2/13/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

Kasmin | Current and Upcoming Exhibitions, Recent Publications and Latest News



# KASMIN



EXHIBITION

## BERNAR VENET
### *Indeterminate Hypothesis*
September 12, 2019 - October 12, 2019



Cited in Mendez v Kasmin Gallery Inc
19cv09023. Decided 2/7/20
Searched on 2/13/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

NEWS

## WNYC: PAINTERS OF THE EAST END
### *Interview with Helen A. Harrison*
July 18, 2019





# KASMIN



NEWS

## "STUART DAVIS: SELF PORTRAIT"
### *Announcing a Forthcoming Kasmin Publication*

July 9, 2019

⊕ LOAD MORE

Cited in Mendez v Kasmin Gallery Inc.
1-19cv09023 Decided 2/7/20
Archived on 2/13/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

KASMIN GALLERY

509 West 27th Street

+1 212 563 4474
info@kasmingallery.com

NEW YORK

Tuesday–Saturday; 10am–6pm Closed on Sunday and Monday

Kasmin Sculpture Garden

+1 212 563 4474
info@kasmingallery.com

NEW YORK

On view from The High Line at 27th Street, 7am-10pm daily

2/13/2020
Case 1:19-cv-09023-JPO-JLC Document 18 Filed 01/18/22 Page 9 of 10
Kasmin | Current and Upcoming Exhibitions, Recent Publications and Latest News



# KASMIN

info@kasmingallery.com

NEW YORK

Appointment Only

297 Tenth Avenue

+1 212 563 4474

info@kasmingallery.com

NEW YORK

Tuesday–Saturday; 10am–6pm Closed on Sunday and Monday

Cited in Mendez v Kasmin Gallery Inc
1-19cv09023 Decided 2/7/20

Archived on 2/13/20

This document is protected by copyright.
Further reproduction is prohibited without permission.

# KASMIN



Cited in Mendez v Kasmin Gallery Inc
1-19cv-09023 Decided 2/7/20
Archived on 2/13/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Subscribe To Our Mailing List**

Full Name

Email

Subscribe